Philip M. Guess, OSB #176408
Email: philip.guess@klgates.com
Elizabeth H. White, OSB #204729
Email: elizabeth.white@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 228-3200
Fax: (503) 248-9085

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON INTERNATIONAL AIR FREIGHT CO., an Oregon corporation; OIA GLOBAL LOGISTICS-SCM, INC., an Oregon corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HEIDI BASSANO; MARIE BOVEY; LLOYD BURKE; OLIVER BURKE; CHRISTOPHE ESAYIAN; KIMBERLY KOMACKI; MICHAEL LEHNERT; RAUL LUCENA; MIKE RIZZO; TODD SWEENEY; WILLIAM YANKOW; and DOES 1-30,<br><br>                    Defendants. | Case No. 3:21-cv-01480-SB<br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT HEIDI BASSANO PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Oregon International Air Freight Co. and OIA Global Logistics-SCM Inc. (together, "OIA") hereby dismiss with prejudice all claims asserted by OIA against Defendant Heidi Bassano, with

PAGE 1 -   PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT
            HEIDI BASSANO
505412476.2

each party to bear its own attorneys' fees and costs.  This dismissal shall not alter, abrogate, or affect in any way the rights or claims of OIA alleged against any other individual defendant in this action.

DATED: January 11, 2022

                                        K&L GATES LLP

                                        By:   s/ Elizabeth H. White
                                                 Philip M. Guess, OSB #176408
                                                 Email: philip.guess@klgates.com
                                                 Elizabeth H. White, OSB #204729
                                                 Email: elizabeth.white@klgates.com

                                        *Attorneys for Plaintiffs Oregon International Air Freight Co. and OIA Global Logistics-SCM, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of **PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT HEIDI BASSANO PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** to be served upon all counsel of record to this matter on January 11, 2022, via the Court's CM/ECF System.

DATED: January 11, 2022

                                                   s/ Elizabeth H. White
                                                 Elizabeth H. White, OSB #204729