**Philip M. Guess**
**Christopher M. Wyant**
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Telephone: 206-623-7580
Facsimile: 206-623-7022
Email: Philip.Guess@klgates.com
Email: Chris.Wyant@klgates.com

**Elizabeth H. White**
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon  97204
Telephone: 503-226-5729
Facsimile: 503-248-9085
Email: Elizabeth.White@klgates.com

*Attorneys for Plaintiffs Oregon International*
*Air Freight Co. and OIA Global Logistics-SCM, Inc.*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON INTERNATIONAL AIR FREIGHT CO., an Oregon corporation; OIA GLOBAL LOGISTICS-SCM, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HEIDI BASSANO; MARIE BOVEY; LLOYD BURKE; OLIVER BURKE; CHRISTOPHE ESAYIAN; KIMBERLY KOMACKI; MICHAEL LEHNERT; RAUL LUCENA; MIKE RIZZO; TODD SWEENEY; WILLIAM YANKOW; MASTERPIECE INTERNATIONAL, LTD., LLC and DOES 1-20,<br><br>Defendants. | Case No. 3:21-cv-01480-SB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Page 1 - STIPULATED DISMISSAL WITH PREJUDICE

This case having been resolved, and upon the stipulation of Plaintiffs and Defendants who have appeared, all claims and counterclaims are voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice.  Each party shall bear his, her, or its own fees and costs.

DATED: January 27, 2023.

SO STIPULATED:

*s/ Joseph James Haddad*
**Joseph James Haddad**
JJH Law, PC
1640 NW Irving Street
Portland, OR 97209
joseph@jjh-law.com

*Attorneys for Marie Bovey and Mike Rizzo*

*s/ B. Scott Whipple*
**B. Scott Whipple**
Whipple Law Office, LLC
1675 SW Marlow Avenue
Suite 201
Portland, OR 97225
scott@whipplelawoffice.com

*Attorneys for Lloyd Burke*

*s/ Kristine M. Lambert*
**Kristine M. Lambert**
**Courtney Angeli**
Buchanan Angeli Altschul & Sullivan
921 SW Washington Street
Suite 516
Portland, OR 97205
kristine@baaslaw.com
courtney@baaslaw.com

*Attorneys for Christophe Esayian*

*s/ Raul Lucena*
**Raul Lucena**
2911 N. Newcastle
Chicago, IL 60634

lucena.raul@yahoo.com

*Pro Se Defendant*

s/ Martin B. Carroll
**Martin B. Carroll**
**David J. Ogles**
Fox Swibel Levin & Carrol LLP
200 W. Madison St, Ste. 3000
Chicago, IL 60606
mcarroll@foxswibel.com
dogles@foxswibel.com

**James M. Barrett**
Ogletree Deakins Nash Smoak & Stewart
P.C.
222 SW Columbia Street
Suite 1500
Portland, OR 97201
james.barrett@ogletree.com

*Attorneys for Kimberly Komacki*


s/ Jessica Brown
**Jessica Brown**
Gibson, Dunn & Crutcher LLP
1801 California Street
Denver, CO 80202
jbrown@gibsondunn.com

**Mitchell A. Karlan**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
mkarlan@gibsondunn.com

**Darin Sands**
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201
dsands@bradleybernsteinllp.com

*Attorneys for Masterpiece International Ltd.,
LLC*


s/ Henry Brudney
**Henry Brudney**
**Jason A. Rittereiser**
HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 9810
hbrudney@hkm.com
jrittereiser@hkm.com

**Charles W Hamilton, II**
HKM Employment Attorneys LLP
1607 NE 41st Ave
Portland, OR 97232
chamilton@hkm.com

*Attorneys for Todd Sweeney*


s/ Philip M. Guess
**Philip M. Guess**
**Christopher M. Wyant**
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Telephone: 206-623-7580
Philip.Guess@klgates.com
Chris.Wyant@klgates.com

**Elizabeth H. White**
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, Oregon  97204
Telephone: 503-226-5729
Email: Elizabeth.White@klgates.com

*Attorneys for Plaintiffs Oregon International
Air Freight Co. and OIA Global Logistics-
SCM, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 27, 2023, the foregoing was served via CM/ECF on all counsel and parties of record.

*s/ Philip M. Guess*
Philip M. Guess
